```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION



Thomas E. Perez, Secretary      :
of Labor,

         Plaintiff,             :

    v.                          :       Case No. 2:16-cv-612

Thomas E. Potts, Jr., et al.,   :       JUDGE JAMES L. GRAHAM
                                        Magistrate Judge Kemp
         Defendant.             :
```

ORDER

The parties have asked that proceedings in this case be stayed in order to permit them to engage in mediation. The Court stays and vacates all proceedings, including any response dates and court conferences other than a mediation conference, for a period of sixty days. Should the mediation prove unsuccessful, either party may promptly thereafter request that the stay be lifted even if the 60-day period has not expired.

```
                          /s/ Terence P. Kemp
                          United States Magistrate Judge
```