AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Gemini Insurance Company )<br>*Plaintiff* )<br>v. )<br>Thomas E. Potts, Jr., et al. )<br>*Defendant* ) | Civil Action No. 2:16-cv-612 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Final judgment in favor of Intervenor Plaintiff Gemini on all of its claims against Defendants and all of Defendants' counterclaims against Gemini. This case is now Dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 07/15/2020

CLERK OF COURT

/s/ Michelle D. Rahwan, Deputy Clerk

*Signature of Clerk or Deputy Clerk*