UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| R. ALEXANDRA ACOSTA,<br>Secretary of Labor, U.S. Department of Labor,<br><br>              Plaintiff,<br><br>v.<br><br>THOMAS E. POTTS, JR., *et al.*,<br><br>              Defendants. | Case No. 2:16-cv-00612<br><br>Judge James L. Graham<br>Magistrate Judge Vascura<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Thomas E. Potts, Jr. and Fiduciary Trust Services, Inc., the defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting Intervenor Plaintiff Gemini Insurance Company's Motion for Summary Judgment (Doc. 102) entered in this action on July 15, 2020.

August 10, 2020

                                        Respectfully submitted,

                                        */s/ Jerry S. Sallee*

                                        Jerry S. Sallee (#0013303)
                                        Sarah E. Abbott (#0086099)
                                        Dinsmore & Shohl LLP
                                        255 East Fifth Street
                                        Suite 1900
                                        Cincinnati, Ohio  45202
                                        (513) 977-8200 – Phone
                                        (513) 977-8141 – Fax
                                        jerry.sallee@dinsmore.com
                                        sarah.abbott@dinsmore.com

                                        *Attorneys for Defendants*
                                        *Thomas E. Potts, Jr. &*
                                        *Fiduciary Trust Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification to all parties of record.

David W. Walulik
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Matthew M. Scheff
United States Department of Labor
Office of Solicitor
1240 East Ninth St., Room 881
Cleveland, OH 44199

Bruce C. Canetti
United States Department of Labor
Office of the Solicitor
230 S. Dearborn Street, Room 844
Chicago, IL 60604

                                                */s/ Jerry S. Sallee*_____
                                                Jerry S. Sallee